PEOPLE v. HENDERSON #2

Appeal from Jackson, Charles J. Falahee, J. Submitted Division 2 July 7, 1970, at Lansing. (Docket No. 9,029.) Decided August 4, 1970. Leave to appeal denied September 25, 1970. 384 Mich 761.

Neal A. Henderson was found guilty of escaping from prison. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *Paula Hosick,* Chief Appellate Lawyer, for the people.

*Albert D. McCallum,* for defendant on appeal.

Before: Danhof, P. J., and McGregor and Quinn, JJ.

Per Curiam. Defendant was found guilty of the crime of escape from prison* and appeals. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.

---

* MCLA § 750.193 (Stat Ann 1962 Rev § 28.390).